## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Westfield Insurance Company

                              Plaintiff,

v.                                                     Case No.: 1:23−cv−02607
                                                      Honorable Martha M. Pacold

Total Facility Maintenance, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 26, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion to dismiss defendant the Board of Education of the City of Chicago [14] is granted. Pursuant to the agreed motion, [14], the Board of Education of the City of Chicago is dismissed without prejudice. See Vakharia v. Swedish Covenant Hosp., 765 F. Supp. 461, 472 (N.D. Ill. 1991) (dismissal is proper under Fed. R. Civ. P. 21 for parties who were improperly joined "because 'no relief is demanded from... or no claim of relief is stated against [them].'" (quoting 7 C. Wright, A. Miller & M. Kane, Federal Practice and Procedure § 1683, at 443–44)). The Board of Education of the City of Chicago terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.