60.3873

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Case No.: 1:23-cv-02607 |
| TOTAL FACILITY MAINTENANCE, INC., and THE BOARD OF EDUCATION OF THE CITY OF CHICAGO, | ) ) ) ) |
| *Defendants*. | ) ) |

## DEFAULT FINAL JUDGMENT ORDER

This matter coming forth on Westfield Insurance Company's ("Westfield") Motion for Entry of Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2) in its favor and against Defendant Total Facility Maintenance, Inc. ("TFM").

**IT IS HEREBY ORDERED:**

Westfield's Motion for Entry of Default Judgment (Doc. 29) is GRANTED. The Court finds and declares that Westfield does not owe a duty to defend or indemnify the Defendant, Total Facility Maintenance, Inc., with respect to the Third-Party Complaint or Amended Third-Party Complaint filed against it by the Board of Education of the City of Chicago, in case no. 2019 CH 13751 pending in the Circuit Court of Cook County, Illinois.

This is a default final judgment.

Date: January 16, 2024                                     /s/ Martha M. Pacold
                                                           United States District Judge